JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BENNETT VINSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSET MANAGEMENT SPECIALISTS, INC., ASSET MANAGEMENT SPECIALISTS, LLC, MORTGAGE CONTRACTING SERVICES LLC, and DOES 1-25,<br><br>Defendants. | CLASS ACTION<br><br>**EDCV 14-00369 DDP (AGRX)**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Upon consideration of the statements in the parties' Joint Stipulation of |
| 3 | Dismissal, and for good cause shown, |
| 4 | **IT IS HEREBY ORDERED THAT:** |
| 5 | **This Civil Action, including all claims for relief and causes of action, is** |
| 6 | **dismissed with prejudice. Each party is to bear its own fees and costs. All** |
| 7 | **hearing dates set by the Court are hereby vacated.** |

# ORDER

Upon consideration of the statements in the parties' Joint Stipulation of Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

**This Civil Action, including all claims for relief and causes of action, is dismissed with prejudice. Each party is to bear its own fees and costs. All hearing dates set by the Court are hereby vacated.**

**IT IS SO ORDERED.**

Dated: November 3, 2017

_____
The Honorable Dean D. Pregerson
United States District Judge